| | | | |
|---|---|---|---|
| Employee Name: | Rashee M Rice | Pay Date: | 10/30/2026 |
| Employee #: | 6002749 | Pay Period: | 10/19/2026 - 10/25/2026 |
| Employee Address: | 11929 Rustling Oak Dr<br>Crowley, TX 76036 | Deposit Advice #: | 367738541 |
| | | Pay Frequency: | Weekly |
| Department: | Player Salaries | Federal Filing Status: | Single |
| Job Title: | Player | Federal 2c/Extra Withholding: | No/$0.00 |
| Pay Group: | PLAYER | Local Exemptions: | 0 (Kansas City) |
| | | State Filing Status: | Single (MO) |
| | | State Exemptions: | 0 (MO) |

Employer Name: KANSAS CITY CHIEFS FOOTBALL CLUB, INC.
Employer Phone: 816-920-9300
Employer Address: ONE ARROWHEAD DRIVE
KANSAS CITY, MO 64129

| | Current 10/19/2026 - 10/25/2026 | | | YTD As of 10/25/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | | | $43,353.08 | | $1,245,833.37 |
| REGULAR$ | | | $43,353.08 | | $303,471.56 |
| INJURED RESERVE | | | | | $70,304.00 |
| PERFORMANCE PAY | | | | | $350,653.31 |
| WORKOUT BONUS | | | | | $75,000.00 |
| WORKOUT PAY | | | | | $4,080.00 |
| P5 DEFERRED PAY | | | | | $351,520.50 |
| P5 IR DEFR PAY2 | | | | | $70,304.00 |
| TRAINING CAMP | | | | | $20,500.00 |
| Taxable Benefits | | | $43,353.08 | | $374,425.56 |
| TAXABLE TICKETS | | | | | $650.00 |
| P5 EARNED | | | $43,353.08 | | $303,471.56 |
| P5 EARNED IR | | | | | $70,304.00 |
| Pre-Tax Deductions | | | | | $24,500.00 |
| 401K PLAYER % | | | | | $24,500.00 |
| Taxes | | | $19,570.24 | | $529,300.58 |
| Fed W/H | | | $15,079.11 | | $425,753.38 |
| Social Sec EE | | | | | $11,439.00 |
| Medicare EE | | | $2,037.60 | | $26,363.21 |
| CO W/H | | | | | $254.25 |
| LA W/H | | | | | $260.03 |
| MO W/H | | | $2,020.00 | | $53,334.00 |
| KanCCityW/H | | | $433.53 | | $11,339.09 |
| NY W/H | | | | | $557.62 |
| Post-Tax Deductions | | | $9,117.59 | | $225,497.34 |
| Garnishment 1 | | | $5,945.71 | | $179,133.18 |
| UNION DUES PLAYER 53 | | | $921.88 | | $18,703.16 |
| NFL FINE 1 | | | | | $6,685.00 |
| NFL FINE 2 | | | $2,250.00 | | $2,315.00 |
| NFL FINE 3 | | | | | $7,661.00 |
| TICKETS | | | | | $6,500.00 |
| JERSEY | | | | | $4,500.00 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $14,665.25 | | $466,535.45 |
| Direct Deposit | 031100157 | XXXXXX7592 | $14,665.25 | | |

dayforce

| | | | |
|---|---|---|---|
| Employee Name: | Rashee M Rice | Pay Date: | 10/23/2026 |
| Employee #: | 6002749 | Pay Period: | 10/12/2026 - 10/18/2026 |
| Employee Address: | 11929 Rustling Oak Dr<br>Crowley, TX 76036 | Deposit Advice #: | 363476789 |
| | | Pay Frequency: | Weekly |
| Department: | Player Salaries | Federal Filing Status: | Single |
| Job Title: | Player | Federal 2c/Extra Withholding: | No/$0.00 |
| Pay Group: | PLAYER | Local Exemptions: | 0 (Kansas City) |
| | | State Filing Status: | Single (MO) |
| | | State Exemptions: | 0 (MO) |

| | |
|---|---|
| Employer Name: | KANSAS CITY CHIEFS FOOTBALL CLUB, INC. |
| Employer Phone: | 816-920-9300 |
| Employer Address: | ONE ARROWHEAD DRIVE<br>KANSAS CITY, MO 64129 |

| | Current 10/12/2026 - 10/18/2026 | | | YTD As of 10/18/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | | | $43,353.08 | | $1,202,480.29 |
| REGULAR$ | | | $43,353.08 | | $260,118.48 |
| INJURED RESERVE | | | | | $70,304.00 |
| PERFORMANCE PAY | | | | | $350,653.31 |
| WORKOUT BONUS | | | | | $75,000.00 |
| WORKOUT PAY | | | | | $4,080.00 |
| P5 DEFERRED PAY | | | | | $351,520.50 |
| P5 IR DEFR PAY2 | | | | | $70,304.00 |
| TRAINING CAMP | | | | | $20,500.00 |
| Taxable Benefits | | | $43,353.08 | | $331,072.48 |
| TAXABLE TICKETS | | | | | $650.00 |
| P5 EARNED | | | $43,353.08 | | $260,118.48 |
| P5 EARNED IR | | | | | $70,304.00 |
| Pre-Tax Deductions | | | | | $24,500.00 |
| 401K PLAYER % | | | | | $24,500.00 |
| Taxes | | | $19,570.23 | | $509,730.34 |
| Fed W/H | | | $15,079.11 | | $410,674.27 |
| Social Sec EE | | | | | $11,439.00 |
| Medicare EE | | | $2,037.59 | | $24,325.61 |
| CO W/H | | | | | $254.25 |
| LA W/H | | | | | $260.03 |
| MO W/H | | | $2,020.00 | | $51,314.00 |
| KanCCityW/H | | | $433.53 | | $10,905.56 |
| NY W/H | | | | | $557.62 |
| Post-Tax Deductions | | | $9,117.59 | | $216,379.75 |
| Garnishment 1 | | | $5,945.71 | | $173,187.47 |
| UNION DUES PLAYER 53 | | | $921.88 | | $17,781.28 |
| NFL FINE 1 | | | $2,185.00 | | $6,685.00 |
| NFL FINE 2 | | | $65.00 | | $65.00 |
| NFL FINE 3 | | | | | $7,661.00 |
| TICKETS | | | | | $6,500.00 |
| JERSEY | | | | | $4,500.00 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $14,665.26 | | $451,870.20 |
| Direct Deposit | 031100157 | XXXXXX7592 | $14,665.26 | | |

dayforce

| | | | |
|---|---|---|---|
| Employee Name: | Rashee M Rice | Pay Date: | 10/16/2026 |
| Employee #: | 6002749 | Pay Period: | 10/5/2026 - 10/11/2026 |
| Employee Address: | 11929 Rustling Oak Dr<br>Crowley, TX 76036 | Deposit Advice #: | 359236315 |
| | | Pay Frequency: | Weekly |
| Department: | Player Salaries | Federal Filing Status: | Single |
| Job Title: | Player | Federal 2c/Extra Withholding: | No/$0.00 |
| Pay Group: | PLAYER | Local Exemptions: | 0 (Kansas City) |
| | | State Filing Status: | Single (MO) |
| | | State Exemptions: | 0 (MO) |

| | |
|---|---|
| Employer Name: | KANSAS CITY CHIEFS FOOTBALL CLUB, INC. |
| Employer Phone: | 816-920-9300 |
| Employer Address: | ONE ARROWHEAD DRIVE<br>KANSAS CITY, MO 64129 |

| | Current 10/5/2026 - 10/11/2026 | | | YTD As of 10/11/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | | | $43,353.08 | | $1,159,127.21 |
| REGULAR$ | | | $43,353.08 | | $216,765.40 |
| INJURED RESERVE | | | | | $70,304.00 |
| PERFORMANCE PAY | | | | | $350,653.31 |
| WORKOUT BONUS | | | | | $75,000.00 |
| WORKOUT PAY | | | | | $4,080.00 |
| P5 DEFERRED PAY | | | | | $351,520.50 |
| P5 IR DEFR PAY2 | | | | | $70,304.00 |
| TRAINING CAMP | | | | | $20,500.00 |
| Taxable Benefits | | | $43,353.08 | | $287,719.40 |
| TAXABLE TICKETS | | | | | $650.00 |
| P5 EARNED | | | $43,353.08 | | $216,765.40 |
| P5 EARNED IR | | | | | $70,304.00 |
| Pre-Tax Deductions | | | | | $24,500.00 |
| 401K PLAYER % | | | | | $24,500.00 |
| Taxes | | | $19,570.24 | | $490,160.11 |
| Fed W/H | | | $15,079.11 | | $395,595.16 |
| Social Sec EE | | | | | $11,439.00 |
| Medicare EE | | | $2,037.60 | | $22,288.02 |
| CO W/H | | | | | $254.25 |
| LA W/H | | | | | $260.03 |
| MO W/H | | | $2,020.00 | | $49,294.00 |
| KanCCityW/H | | | $433.53 | | $10,472.03 |
| NY W/H | | | | | $557.62 |
| Post-Tax Deductions | | | $9,117.59 | | $207,262.16 |
| Garnishment 1 | | | $5,945.71 | | $167,241.76 |
| UNION DUES PLAYER 53 | | | $921.88 | | $16,859.40 |
| NFL FINE 1 | | | $2,250.00 | | $4,500.00 |
| NFL FINE 3 | | | | | $7,661.00 |
| TICKETS | | | | | $6,500.00 |
| JERSEY | | | | | $4,500.00 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $14,665.25 | | $437,204.94 |
| Direct Deposit | 031100157 | XXXXXX7592 | $14,665.25 | | |

dayforce

| | | | |
|---|---|---|---|
| Employee Name: | Rashee M Rice | Pay Date: | 10/9/2026 |
| Employee #: | 6002749 | Pay Period: | 9/28/2026 - 10/4/2026 |
| Employee Address: | 11929 Rustling Oak Dr<br>Crowley, TX 76036 | Deposit Advice #: | 354149017 |
| | | Pay Frequency: | Weekly |
| Department: | Player Salaries | Federal Filing Status: | Single |
| Job Title: | Player | Federal 2c/Extra Withholding: | No/$0.00 |
| Pay Group: | PLAYER | Local Exemptions: | 0 (Kansas City) |
| | | State Filing Status: | Single (MO) |
| | | State Exemptions: | 0 (MO) |

Employer Name: KANSAS CITY CHIEFS FOOTBALL CLUB, INC.
Employer Phone: 816-920-9300
Employer Address: ONE ARROWHEAD DRIVE
KANSAS CITY, MO 64129

| | Current 9/28/2026 - 10/4/2026 | | | YTD As of 10/4/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | | | $43,353.08 | | $1,115,774.13 |
| REGULAR$ | | | $43,353.08 | | $173,412.32 |
| INJURED RESERVE | | | | | $70,304.00 |
| PERFORMANCE PAY | | | | | $350,653.31 |
| WORKOUT BONUS | | | | | $75,000.00 |
| WORKOUT PAY | | | | | $4,080.00 |
| P5 DEFERRED PAY | | | | | $351,520.50 |
| P5 IR DEFR PAY2 | | | | | $70,304.00 |
| TRAINING CAMP | | | | | $20,500.00 |
| Taxable Benefits | | | $43,353.08 | | $244,366.32 |
| TAXABLE TICKETS | | | | | $650.00 |
| P5 EARNED | | | $43,353.08 | | $173,412.32 |
| P5 EARNED IR | | | | | $70,304.00 |
| Pre-Tax Deductions | | | | | $24,500.00 |
| 401K PLAYER % | | | | | $24,500.00 |
| Taxes | | | $18,618.33 | | $470,589.87 |
| Fed W/H | | | $15,079.11 | | $380,516.05 |
| Social Sec EE | | | | | $11,439.00 |
| Medicare EE | | | $2,037.59 | | $20,250.42 |
| CO W/H | | | | | $254.25 |
| LA W/H | | | | | $260.03 |
| MO W/H | | | $1,235.00 | | $47,274.00 |
| KanCCityW/H | | | $266.63 | | $10,038.50 |
| NY W/H | | | | | $557.62 |
| Post-Tax Deductions | | | $9,355.57 | | $198,144.57 |
| Garnishment 1 | | | $6,183.69 | | $161,296.05 |
| UNION DUES PLAYER 53 | | | $921.88 | | $15,937.52 |
| NFL FINE 1 | | | $2,250.00 | | $2,250.00 |
| NFL FINE 3 | | | | | $7,661.00 |
| TICKETS | | | | | $6,500.00 |
| JERSEY | | | | | $4,500.00 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $15,379.18 | | $422,539.69 |
| Direct Deposit | 031100157 | XXXXXX7592 | $15,379.18 | | |

dayforce

| | | | |
|---|---|---|---|
| Employee Name: | Rashee M Rice | Pay Date: | 10/2/2026 |
| Employee #: | 6002749 | Pay Period: | 9/21/2026 - 9/27/2026 |
| Employee Address: | 11929 Rustling Oak Dr<br>Crowley, TX 76036 | Deposit Advice #: | 349363948 |
| | | Pay Frequency: | Weekly |
| Department: | Player Salaries | Federal Filing Status: | Single |
| Job Title: | Player | Federal 2c/Extra Withholding: | No/$0.00 |
| Pay Group: | PLAYER | Local Exemptions: | 0 (Kansas City) |
| | | State Filing Status: | Single (MO) |
| | | State Exemptions: | 0 (MO) |

Employer Name: KANSAS CITY CHIEFS FOOTBALL CLUB, INC.
Employer Phone: 816-920-9300
Employer Address: ONE ARROWHEAD DRIVE
KANSAS CITY, MO 64129

| | Current 9/21/2026 - 9/27/2026 | | | YTD As of 9/27/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| **Earnings** | | | $43,353.08 | | $1,072,421.05 |
| REGULAR$ | | | $43,353.08 | | $130,059.24 |
| INJURED RESERVE | | | | | $70,304.00 |
| PERFORMANCE PAY | | | | | $350,653.31 |
| WORKOUT BONUS | | | | | $75,000.00 |
| WORKOUT PAY | | | | | $4,080.00 |
| P5 DEFERRED PAY | | | | | $351,520.50 |
| P5 IR DEFR PAY2 | | | | | $70,304.00 |
| TRAINING CAMP | | | | | $20,500.00 |
| **Taxable Benefits** | | | $43,353.08 | | $201,013.24 |
| TAXABLE TICKETS | | | | | $650.00 |
| P5 EARNED | | | $43,353.08 | | $130,059.24 |
| P5 EARNED IR | | | | | $70,304.00 |
| **Pre-Tax Deductions** | | | | | $24,500.00 |
| 401K PLAYER % | | | | | $24,500.00 |
| **Taxes** | | | $18,618.33 | | $451,971.54 |
| Fed W/H | | | $15,079.11 | | $365,436.94 |
| Social Sec EE | | | | | $11,439.00 |
| Medicare EE | | | $2,037.59 | | $18,212.83 |
| CO W/H | | | | | $254.25 |
| LA W/H | | | | | $260.03 |
| MO W/H | | | $1,235.00 | | $46,039.00 |
| KanCCityW/H | | | $266.63 | | $9,771.87 |
| NY W/H | | | | | $557.62 |
| **Post-Tax Deductions** | | | $8,030.57 | | $188,789.00 |
| Garnishment 1 | | | $6,183.69 | | $155,112.36 |
| UNION DUES PLAYER 53 | | | $921.88 | | $15,015.64 |
| NFL FINE 3 | | | | | $7,661.00 |
| TICKETS | | | $475.00 | | $6,500.00 |
| JERSEY | | | $450.00 | | $4,500.00 |
| | Routing # | Account # | Amount | | Amount |
| **Net Pay** | | | $16,704.18 | | $407,160.51 |
| Direct Deposit | 031100157 | XXXXXX7592 | $16,704.18 | | |

dayforce

| | | | |
|---|---|---|---|
| Employee Name: | Rashee M Rice | Pay Date: | 9/25/2026 |
| Employee #: | 6002749 | Pay Period: | 9/14/2026 - 9/20/2026 |
| Employee Address: | 11929 Rustling Oak Dr<br>Crowley, TX 76036 | Deposit Advice #: | 344010951 |
| | | Pay Frequency: | Weekly |
| Department: | Player Salaries | Federal Filing Status: | Single |
| Job Title: | Player | Federal 2c/Extra Withholding: | No/$0.00 |
| Pay Group: | PLAYER | Local Exemptions: | 0 (Kansas City) |
| | | State Filing Status: | Single (MO) |
| | | State Exemptions: | 0 (MO) |

Employer Name: KANSAS CITY CHIEFS FOOTBALL CLUB, INC.
Employer Phone: 816-920-9300
Employer Address: ONE ARROWHEAD DRIVE
KANSAS CITY, MO 64129

| | Current 9/14/2026 - 9/20/2026 | | | YTD As of 9/20/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | | | $43,353.08 | | $1,029,067.97 |
| REGULAR$ | | | $43,353.08 | | $86,706.16 |
| INJURED RESERVE | | | | | $70,304.00 |
| PERFORMANCE PAY | | | | | $350,653.31 |
| WORKOUT BONUS | | | | | $75,000.00 |
| WORKOUT PAY | | | | | $4,080.00 |
| P5 DEFERRED PAY | | | | | $351,520.50 |
| P5 IR DEFR PAY2 | | | | | $70,304.00 |
| TRAINING CAMP | | | | | $20,500.00 |
| Taxable Benefits | | | $43,353.08 | | $157,660.16 |
| TAXABLE TICKETS | | | | | $650.00 |
| P5 EARNED | | | $43,353.08 | | $86,706.16 |
| P5 EARNED IR | | | | | $70,304.00 |
| Pre-Tax Deductions | | | | | $24,500.00 |
| 401K PLAYER % | | | | | $24,500.00 |
| Taxes | | | $19,570.24 | | $433,353.21 |
| Fed W/H | | | $15,079.11 | | $350,357.83 |
| Social Sec EE | | | | | $11,439.00 |
| Medicare EE | | | $2,037.60 | | $16,175.24 |
| CO W/H | | | | | $254.25 |
| LA W/H | | | | | $260.03 |
| MO W/H | | | $2,020.00 | | $44,804.00 |
| KanCCityW/H | | | $433.53 | | $9,505.24 |
| NY W/H | | | | | $557.62 |
| Post-Tax Deductions | | | $7,317.59 | | $180,758.43 |
| Garnishment 1 | | | $5,945.71 | | $148,928.67 |
| UNION DUES PLAYER 53 | | | $921.88 | | $14,093.76 |
| NFL FINE 3 | | | | | $7,661.00 |
| TICKETS | | | | | $6,025.00 |
| JERSEY | | | $450.00 | | $4,050.00 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $16,465.25 | | $390,456.33 |
| Direct Deposit | 031100157 | XXXXXX7592 | $16,465.25 | | |

dayforce

| | | | |
|---|---|---|---|
| Employee Name: | Rashee M Rice | Pay Date: | 9/18/2026 |
| Employee #: | 6002749 | Pay Period: | 9/7/2026 - 9/13/2026 |
| Employee Address: | 11929 Rustling Oak Dr<br>Crowley, TX 76036 | Deposit Advice #: | 339814508 |
| | | Pay Frequency: | Weekly |
| Department: | Player Salaries | Federal Filing Status: | Single |
| Job Title: | Player | Federal 2c/Extra Withholding: | No/$0.00 |
| Pay Group: | PLAYER | Local Exemptions: | 0 (Kansas City) |
| | | State Filing Status: | Single (MO) |
| | | State Exemptions: | 0 (MO) |

| | |
|---|---|
| Employer Name: | KANSAS CITY CHIEFS FOOTBALL CLUB, INC. |
| Employer Phone: | 816-920-9300 |
| Employer Address: | ONE ARROWHEAD DRIVE<br>KANSAS CITY, MO 64129 |

| | Current 9/7/2026 - 9/13/2026 | | | YTD As of 9/13/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | | | $43,353.08 | | $985,714.89 |
| REGULAR$ | | | $43,353.08 | | $43,353.08 |
| INJURED RESERVE | | | | | $70,304.00 |
| PERFORMANCE PAY | | | | | $350,653.31 |
| WORKOUT BONUS | | | | | $75,000.00 |
| WORKOUT PAY | | | | | $4,080.00 |
| P5 DEFERRED PAY | | | | | $351,520.50 |
| P5 IR DEFR PAY2 | | | | | $70,304.00 |
| TRAINING CAMP | | | | | $20,500.00 |
| Taxable Benefits | | | $43,923.08 | | $114,307.08 |
| TAXABLE TICKETS | | | $570.00 | | $650.00 |
| P5 EARNED | | | $43,353.08 | | $43,353.08 |
| P5 EARNED IR | | | | | $70,304.00 |
| Pre-Tax Deductions | | | | | $24,500.00 |
| 401K PLAYER % | | | | | $24,500.00 |
| Taxes | | | $18,875.33 | | $413,782.97 |
| Fed W/H | | | $15,290.01 | | $335,278.72 |
| Social Sec EE | | | | | $11,439.00 |
| Medicare EE | | | $2,050.99 | | $14,137.64 |
| CO W/H | | | | | $254.25 |
| LA W/H | | | | | $260.03 |
| MO W/H | | | $1,262.00 | | $42,784.00 |
| KanCCityW/H | | | $272.33 | | $9,071.71 |
| NY W/H | | | | | $557.62 |
| Post-Tax Deductions | | | $13,476.32 | | $173,440.84 |
| Garnishment 1 | | | $6,119.44 | | $142,982.96 |
| UNION DUES PLAYER 53 | | | $921.88 | | $13,171.88 |
| NFL FINE 3 | | | | | $7,661.00 |
| TICKETS | | | $5,985.00 | | $6,025.00 |
| JERSEY | | | $450.00 | | $3,600.00 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $11,001.43 | | $373,991.08 |
| Direct Deposit | 031100157 | XXXXXX7592 | $11,001.43 | | |

dayforce

| | | | |
|---|---|---|---|
| Employee Name: | Rashee M. Rice | Pay Date: | 9/11/2026 |
| Employee #: | 6002749 | Pay Period: | 8/31/2026 - 9/6/2026 |
| Employee Address: | 11929 Rustling Oak Dr<br>Crowley, TX 76036 | Deposit Advice #: | 335402115 |
| | | Pay Frequency: | Weekly |
| Department: | Player Salaries | Federal Filing Status: | Single |
| Job Title: | Player | Federal 2c/Extra Withholding: | No/$0.00 |
| Pay Group: | PLAYER | Local Exemptions: | 0 (Kansas City) |
| | | State Filing Status: | Single (MO) |
| | | State Exemptions: | 0 (MO) |

| | |
|---|---|
| Employer Name: | KANSAS CITY CHIEFS FOOTBALL CLUB, INC. |
| Employer Phone: | 816-920-9300 |
| Employer Address: | ONE ARROWHEAD DRIVE<br>KANSAS CITY, MO 64129 |

| | Current 8/31/2026 - 9/6/2026 | | | YTD As of 9/6/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | | | $3,500.00 | | $942,361.81 |
| INJURED RESERVE | | | | | $70,304.00 |
| PERFORMANCE PAY | | | | | $350,653.31 |
| WORKOUT BONUS | | | | | $75,000.00 |
| WORKOUT PAY | | | | | $4,080.00 |
| P5 DEFERRED PAY | | | | | $351,520.50 |
| P5 IR DEFR PAY2 | | | | | $70,304.00 |
| TRAINING CAMP | | | $3,500.00 | | $20,500.00 |
| Taxable Benefits | | | | | $70,384.00 |
| TAXABLE TICKETS | | | | | $80.00 |
| P5 EARNED IR | | | | | $70,304.00 |
| Pre-Tax Deductions | | | | | $24,500.00 |
| 401K PLAYER % | | | | | $24,500.00 |
| Taxes | | | $886.60 | | $394,907.64 |
| Fed W/H | | | $623.35 | | $319,988.71 |
| Social Sec EE | | | | | $11,439.00 |
| Medicare EE | | | $82.25 | | $12,086.65 |
| CO W/H | | | | | $254.25 |
| LA W/H | | | | | $260.03 |
| MO W/H | | | $146.00 | | $41,522.00 |
| KanCCityW/H | | | $35.00 | | $8,799.38 |
| NY W/H | | | | | $557.62 |
| Post-Tax Deductions | | | $653.35 | | $159,964.52 |
| Garnishment 1 | | | $653.35 | | $136,863.52 |
| UNION DUES PLAYER 53 | | | | | $12,250.00 |
| NFL FINE 3 | | | | | $7,661.00 |
| TICKETS | | | | | $40.00 |
| JERSEY | | | | | $3,150.00 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $1,960.05 | | $362,989.65 |
| Direct Deposit | 031100157 | XXXXXX7592 | $1,960.05 | | |

dayforce

Employee Name: Rashee M Rice
Employee #: 6002749
Employee Address: 11929 Rustling Oak Dr
Crowley, TX 76036
Department: Player Salaries
Job Title: Player
Pay Group: PLAYER

Pay Date: 9/4/2026
Pay Period: 8/24/2026 - 8/30/2026
Deposit Advice #: 331578298
Pay Frequency: Weekly
Federal Filing Status: Single
Federal 2c/Extra Withholding: No/$0.00
Local Exemptions: 0 (Kansas City)
State Filing Status: Single (MO)
State Exemptions: 0 (MO)

Employer Name: KANSAS CITY CHIEFS FOOTBALL CLUB, INC.
Employer Phone: 816-920-9300
Employer Address: ONE ARROWHEAD DRIVE
KANSAS CITY, MO 64129

| | Current 8/24/2026 - 8/30/2026 | | | YTD As of 8/30/2026 | |
|---|---|---|---|---|---|
| | Hours/Units | Rate | Amount | Hours/Units | Amount |
| Earnings | | | $3,500.00 | | $938,861.81 |
| INJURED RESERVE | | | | | $70,304.00 |
| PERFORMANCE PAY | | | | | $350,653.31 |
| WORKOUT BONUS | | | | | $75,000.00 |
| WORKOUT PAY | | | | | $4,080.00 |
| P5 DEFERRED PAY | | | | | $351,520.50 |
| P5 IR DEFR PAY2 | | | | | $70,304.00 |
| TRAINING CAMP | | | $3,500.00 | | $17,000.00 |
| Taxable Benefits | | | $80.00 | | $70,384.00 |
| TAXABLE TICKETS | | | $80.00 | | $80.00 |
| P5 EARNED IR | | | | | $70,304.00 |
| Pre-Tax Deductions | | | | | $24,500.00 |
| 401K PLAYER % | | | | | $24,500.00 |
| Taxes | | | $912.48 | | $394,021.04 |
| Fed W/H | | | $642.55 | | $319,365.36 |
| Social Sec EE | | | | | $11,439.00 |
| Medicare EE | | | $84.13 | | $12,004.40 |
| CO W/H | | | | | $254.25 |
| LA W/H | | | | | $260.03 |
| MO W/H | | | $150.00 | | $41,376.00 |
| KanCCityW/H | | | $35.80 | | $8,764.38 |
| NY W/H | | | | | $557.62 |
| Post-Tax Deductions | | | $1,136.88 | | $159,311.17 |
| Garnishment 1 | | | $646.88 | | $136,210.17 |
| UNION DUES PLAYER 53 | | | | | $12,250.00 |
| NFL FINE 3 | | | | | $7,661.00 |
| TICKETS | | | $40.00 | | $40.00 |
| JERSEY | | | $450.00 | | $3,150.00 |
| | Routing # | Account # | Amount | | Amount |
| Net Pay | | | $1,450.64 | | $361,029.60 |
| Direct Deposit | 031100157 | XXXXXX7592 | $1,450.64 | | |

dayforce